JS-6

Scott Ferrell (State Bar No. 213405)
Law Offices of Scott Ferrell
30162 Tomas, Suite 204
Rancho Santa Margarita, CA 92688
(949) 659-6746
Scott@Scottferrell.com

Attorneys for Plaintiffs Donald Pierre, Jr.
and Sandra Beltran-Pierre

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN

## DIVISION

DONALD PIERRE, JR, an individual, and SANDRA BELTRAN-PIERRE, an individual,

     Plaintiffs,

   vs.

USAA GENERAL INDEMNITY COMPANY, INC., a Texas corporation,

     Defendants.

**Case No. 5:26-cv-00598-DTB**

**JOINT MOTION FOR VOLUNTARY DISMISSAL AND ORDER OF DISMISSAL**

## <u>STIPULATION</u>

**IT IS HEREBY STIPULATED** by and among Plaintiffs Donald Pierre, Jr. and Sandra Beltran-Pierre and Defendant USAA General Indemnity Company by their respective counsel as follows:

1

**JOINT MOTION FOR VOLUNTARY DISMISSAL**

1. That Plaintiffs Donald Pierre, Jr. and Sandra Beltran-Pierre may, and hereby do, voluntarily dismiss their claims with prejudice against Defendant USAA General Indemnity Company in the above-entitled action;

2. That no party is entitled to or shall seek any attorneys' fees or costs in connection with this action including its dismissal; and

3. That this Stipulation may be signed in counterparts, which when taken together shall constitute one original, and such counterpart signature pages may be exchanged and compiled using facsimile and/or .pdf file versions, which shall be deemed to be original signatures.

Dated: May 28, 2026

Respectfully submitted,

LAW OFFICES OF SCOTT FERRELL

_/s/ - Scott Ferrell_____

Scott Ferrell, Esq., Counsel for Plaintiffs
Donald Pierre, Jr. and Sandra Beltran-Pierre

Dated: May 28, 2026

Respectfully submitted,

DKM LAW GROUP, LLP

_/s/ - Maureen M. Michail_____

Maureen M. Michail, Esq., Counsel for Defendant USAA General Indemnity Company

2

**JOINT MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Local Rule 5-4.3.4, the below filer attests that concurrence in the filing of this document has been obtained from the above signatories.

Dated: May 28, 2026

Respectfully submitted,

LAW OFFICES OF SCOTT FERRELL

_/s/ - Scott Ferrell_____

Scott Ferrell, Esq., Counsel for Plaintiffs
Donald Pierre, Jr. and Sandra Beltran-Pierre

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close this file.

Dated: June 2, 2026

_____

HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

3

**JOINT MOTION FOR VOLUNTARY DISMISSAL**